IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR310 |
| | ) | |
| KYLE R. STEENBLOCK, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

     Before the court is defendant's Motion for Leave to File Rule 12(b)(3) Motions Out of Time [43]. Pretrial motions were due October 16, 2006. For lack of good cause shown,

     IT IS ORDERED:

     1.     Motion for Leave to File Rule 12(b)(3) Motions Out of Time [43] is denied.

     2.     The Motion to Suppress (Miranda) [41] and Motion to Suppress [42] are hereby stricken.

Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" within ten (10) days after being served with the order. The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. The appealing party shall file contemporaneously with the statement of appeal a brief setting forth the party's arguments that the magistrate judge's order is clearly erroneous or contrary to law. The filing of a statement of appeal does not automatically stay the magistrate judge's order pending appeal. See NECrimR 57.2(d).

     DATED this 10th day of January, 2007.

     BY THE COURT:

     s/ F.A. Gossett
     United States Magistrate Judge