IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR310 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| KYLE R. STEENBLOCK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on defendant's motion to seal.  Being fully advised in the premises, the court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's brief and documents in support of his motions for downward departure and variance from the sentencing guidelines shall be filed under seal.

IT IS FURTHER ORDERED that the defendant shall serve a copy of the sealed documents to the United States Attorney and the U.S. Probation Office.

DATED this 13th day fo April, 2007.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge